UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                      CASE NO.: 25-00466
                                                                    CHAPTER 13
Joseph David Shock,
  Debtor.


Kathy Ann Shock,
  Joint Debtor.


_____/

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of
CASCADE FUNDING MORTGAGE TRUST HB15 ("Secured Creditor"). Pursuant to Rule
2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or
required to be given and all papers required to be served in this case to creditors, any creditors
committees, and any other parties-in-interest, be sent to and served upon the undersigned and the
following be added to the Court's Master Mailing List:

      **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
          **13010 MORRIS ROAD, SUITE 450**
          **ALPHARETTA, GA 30004**

                      Robertson, Anschutz, Schneid, Crane &
                      Partners, PLLC
                      Attorney for Secured Creditor
                      130 Clinton Rd #202
                      Fairfield, NJ 07004
                      Telephone: 470-321-7112
                      Facsimile: 404-393-1425

                      By: /s/Robert Shearer
                          Robert Shearer
                          Email: rshearer@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSEPH DAVID SHOCK
199 HANLON RD
LAKE ARIEL, PA 18436

KATHY ANN SHOCK
199 HANLON RD
LAKE ARIEL, PA 18436

And via electronic mail to:

SABATINI LAW FIRM, LLC
216 N. BLAKELY ST.
DUNMORE, PA 18512

JACK N ZAHAROPOULOS
STANDING CHAPTER 13,(TRUSTEE,),8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE,1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com