UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:

Joseph David Shock,
aka Joseph D. Shock,
aka Joe Shock,
aka Joseph Shock,

    Debtor,

Kathy Ann Shock,
aka Kathy A Shock,
aka Kathy Shock,
aka Kat Shock,
fka Kathy Clark-Shock,

    Joint Debtor.
_____/

Cascade Funding Mortgage Trust HB15,

    Movant,

    v.

Joseph David Shock,
    Debtor/Respondent,

Kathy Ann Shock,
    Joint Debtor/Respondent,

Jack N. Zaharopoulos,

    Trustee/Additional Respondent.
_____/

CHAPTER 13
CASE NO.: 5:25-bk-00466-MJC

**Hearing Date:** November 13, 2025
**Hearing Time:** 10:00 a.m.
**Hearing Location:** Max Rosenn U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## OF CASCADE FUNDING MORTGAGE TRUST HB15

Cascade Funding Mortgage Trust HB15 ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Joseph David Shock and Kathy Ann Shock ("Debtors"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on February 24, 2025.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On September 22, 2014, James Joseph Shock (Deceased) executed and delivered a Promissory Note ("Note") and Reverse Mortgage ("Mortgage") securing payment of the Note in the amount of $102,750.00 to One Reverse Mortgage, LLC. A true and correct copy of the Note is attached hereto as Exhibit "A."

4. Debtor Joseph David Shock is an Heir to the Shock Estate.

5. The Mortgage was recorded on October 3, 2014 at Instrument Number 201446742 of the Public Records of Luzerne County, Pennsylvania. A true and correct copy of the Mortgage is attached hereto as Exhibit "B."

6. The Mortgage was secured as a lien against the real property located in Luzerne County commonly known as 1119 South Hanover Street, Nanticoke, Pennsylvania 18634 (the "Property").

7. The loan was last assigned to Cascade Funding Mortgage Trust HB15 and said Assignment of Mortgage was recorded with the Luzerne County Recorder of Deeds on June 5, 2025 at Instrument Number 202528589. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

8. The Property is not included in Debtors' Plan (at Docket Entry No. 4). A true and correct copy of the Plan is attached hereto as Exhibit "D."

9. Secured Creditor is the holder of the note ("Noteholder") and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced

loan. Noteholder directly or through an agent has possession of the Promissory Note and the Promissory Note is either made payable to Noteholder or has been duly endorsed.

10. The Property is in default as a result of the death of Mortgagor James Joseph Shock. See Exhibit "E."

11. As of October 4, 2025, the current unpaid principal balance due under the loan documents is $46,490.48. Movant's total claim amount, itemized below, is currently $116,801.83. See Exhibit "F."

| | |
|---|---|
| Principal Advances | $46,490.48 |
| Interest | $28,675.05 |
| MIP | $6,258.85 |
| Corporate Advances | $35,272.63 |
| Intra Month Per Diem Total | $104.82 |
| Total to Payoff | $116,801.83 |

12. The value of the Property is not listed in Debtor(s)' schedules. Per Luzerne County Public GIS Portal, the value of the Property is $89,500.00. A true and accurate copy of the Luzerne County Public GIS Portal is attached hereto as Exhibit "G."

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause," which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt, or where the Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, the terms and conditions of the Note and Reverse Mortgage are in default as a result of the borrower's death and the subject property not being occupied as the principal residence of any surviving borrower.

15. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of a foreclosure action.

16. In addition, once the stay is terminated, the Debtors will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to waive the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(4), to seek recovery of reasonable attorney fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and appropriate.

Date: October 22, 2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br>Joseph David Shock,<br>a/k/a Joseph D. Shock,<br>a/k/a Joe Shock,<br>a/k/a Joseph Shock,<br>    Debtor, | **CHAPTER 13**<br>**CASE # 25-bk-00466-MJC** |
| Kathy Ann Shock,<br>a/k/a Kathy A Shock,<br>a//k/a Kathy Shock,<br>a/k/a Kat Shock,<br>f/k/a Kathy Clark-Shock,<br>    Joint Debtor. | **Hearing Date:** November 20, 2025<br>**Hearing Time:** 10:00 a.m.<br>**Hearing Location:** Max Rosenn U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701 |

_____/
Cascade Funding Mortgage Trust HB15,
    Movant,
      v.

Joseph David Shock,
Kathy Ann Shock,
    Joint Debtors/Respondents,

Jack N. Zaharopoulos,
    Trustee/Additional Respondent.
_____/

## CERTIFICATE OF NON- CONCURRENCE

    The undersigned hereby certifies that Debtors' attorney has consented to relief. The Concurrence in this motion was sought on June 25, 2025. The Trustee has also consented to relief. The Concurrence from the Trustee was sought on October 9, 2025.

Date: October 22, 2025

                  **Robertson, Anschutz, Schneid, Crane**
                  **& Partners, PLLC**
                  Attorneys for Movant
                  13010 Morris Rd., Suite 450
                  Alpharetta, GA 30004
                  Telephone: 470-321-7112
                  By: /s/Michelle L. McGowan
                  Michelle L. McGowan
                  Email: mimcgowan@raslg.com