UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                                                CHAPTER 13
                                                                      CASE NO.: 5:25-bk-00466-MJC
Joseph David Shock,
aka Joseph D. Shock,
aka Joe Shock,
aka Joseph Shock,                                                     **Hearing Date:** November 13, 2025
                                                                      **Hearing Time:** 10:00 a.m.
    Debtor,                                       **Hearing Location:** Max Rosenn U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701

Kathy Ann Shock,
aka Kathy A Shock,
aka Kathy Shock,
aka Kat Shock,
fka Kathy Clark-Shock,

    Joint Debtor.
_____/

Cascade Funding Mortgage Trust HB15,
    Movant,

    v.

Joseph David Shock,
    Debtor/Respondent,

Kathy Ann Shock,
    Joint Debtor/Respondent,

Jack N. Zaharopoulos,

    Trustee/Additional Respondent.
_____/

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY RESPONSE DEADLINE AND HEARING DATE

Cascade Funding Mortgage Trust HB15 has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at 1119 S. Hanover Street, Nanticoke, Pennsylvania 18634 and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 4, 2025**, you or your attorney must do all of the following:

    (a) file a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701.

    If you mail your response to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    > Michelle L. McGowan, Esquire
    > Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    > 13010 Morris Rd., Suite 450
    > Alpharetta, GA 30004
    > Telephone: 470-321-7112
    > Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Mark J Conway on November 13, 2025, at 10:00 am at Max Rosenn U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Date: October 22, 2025

        **Robertson, Anschutz, Schneid, Crane**
        **& Partners, PLLC**
        Attorneys for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        By: /s/ Michelle L. McGowan
        Michelle L. McGowan
        PA Bar Number 62414
        Email: mimcgowan@raslg.com