**EXHIBIT "A"**

# ADJUSTABLE RATE NOTE
## (HOME EQUITY CONVERSION)

**COMMONWEALTH OF PENNSYLVANIA**

**September 22, 2014**

**PROPERTY ADDRESS**

    1119 S Hanover St
    Nanticoke, PA 18634
    Luzerne COUNTY

**Notice to Borrower: this document contains provisions for a variable interest rate.**

**1. DEFINITIONS**

"Borrower" means each person signing at the end of this Note. "Lender" means **One Reverse Mortgage, LLC** and its successors and assigns. "Secretary" means the Secretary of Housing and Urban Development or his or her authorized representatives.

**2. BORROWER'S PROMISE TO PAY; INTEREST**

In return for amounts to be advanced by Lender up to a maximum principal amount of **One Hundred Two Thousand Seven Hundred Fifty and 00/100 Dollars** (U.S. **$102,750.00**), to or for the benefit of Borrower under the terms of a Home Equity Conversion Loan Agreement dated **September 22, 2014** ("Loan Agreement"), Borrower promises to pay to the order of Lender a principal amount equal to the sum of all Loan Advances made under the Loan Agreement with interest. All amounts advanced by Lender, plus interest, if not paid earlier, are due and payable on **November 23, 2086.** Interest will be charged on unpaid principal at the rate of **Two and 654/1000's percent (2.654%)** per year until the full amount of principal has been paid. The interest rate may change in accordance with Paragraph 5 of this Note. At the end of each month, accrued interest shall be added to and made part of the principal balance as a Loan Advance and shall likewise thereafter bear interest.

The interest rate required by this Paragraph 2 and Paragraph 5 of this Note is the rate of interest Borrower will pay on the outstanding balance both before and after this Note becomes due and payable as described in Paragraph 7 of this Note, until repayment in full is made.

**3. PROMISE TO PAY SECURED**

Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the "Security Instrument." The Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

**4. MANNER OF PAYMENT**

**(A) Time**

Borrower shall pay all outstanding principal and accrued interest to Lender upon receipt of a notice by Lender requiring immediate payment in full, as provided in Paragraph 7 of this Note.

**(B) Place**

Payment shall be made at **9920 Pacific Heights Blvd., Suite 350, San Diego, CA 92121** or any such other place as Lender may designate in writing by notice to Borrower.

**(C) Limitation of Liability**

Borrower shall have no personal liability for payment of the debt. Lender shall enforce the debt only through sale of the Property covered by the Security Instrument ("Property"). If this Note is assigned to the Secretary, the Borrower shall not be liable for any difference between the mortgage insurance benefits paid to Lender and the outstanding indebtedness, including accrued interest, owed by Borrower at the time of the assignment.

**5. INTEREST RATE CHANGES**

**(A) Change Date**

The interest rate may change on the first day of **December, 2014 and on the first day of each succeeding month.** "Change Date" means each date on which the interest rate could change.

**(B) The Index**

Beginning with the first Change Date, the interest rate will be based on an Index. "Index" means the One-Month London Interbank Offered Rate ("LIBOR") as made available in the "Money Rates" section of the Wall Street Journal rounded to three digits to the right of the decimal point. The Current Index means the most recent Index figure available 30 days before the Change Date, and if the day that is 30 days before the Change Date is not a Sunday or Monday and not the first business day of the week, the Current Index will be the Index available the first business day of that week that the Wall Street Journal is published. If the day that is 30 days before the Change Date is a Sunday or Monday and not the first business day of the week, the Current Index will be the Index available the first business day of the immediately prior week that the Wall Street Journal is published. If the Index (as defined above) is no longer available, Lender will use as a

new Index any index prescribed by the Secretary. Lender will give Borrower notice of the new Index.

**(C) Calculation of Interest Rate Changes**
Before each Change Date, Lender will calculate a new interest rate by adding a margin of **2.500** percentage points (**2.500%**) to the Current Index. Subject to the limits stated in Paragraph 5(D) of this Note, this amount will be the new interest rate until the next Change Date.

**(D) Limits on Interest Rate Changes**
The interest rate will never increase above 12.654%.

**(E) Notice of Changes**
Lender will give notice to Borrower of any change in the interest rate. The notice must be given at least 25 days before the new interest rate takes effect, and must set forth (i) the date of the notice, (ii) the Change Date, (iii) the old interest rate, (iv) the new interest rate, (v) the Current Index and the date it was published, (vi) the method of calculating the adjusted interest rate, and (vii) any other information which may be required by law from time to time.

**(F) Effective Date of Changes**
A new interest rate calculated in accordance with Paragraphs 5(C) and 5(D) of this Note will become effective on the Change Date, unless the Change Date occurs less than 25 days after Lender has given the required notice. If the interest rate calculated in accordance with Paragraphs 5(C) and 5(D) of this Note decreased, but Lender failed to give timely notice of the decrease and applied a higher rate than the rate which should have been stated in a timely notice, then Lender shall recalculate the principal balance owed under this Note so it does not reflect any excessive interest.

**6. BORROWER'S RIGHT TO PREPAY**
A Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty. Any amount of debt prepaid will first be applied to reduce the principal balance of the Second Note described in Paragraph 11 of this Note and then to reduce the principal balance of this Note.

All prepayments of the principal balance shall be applied by Lender as follows:

First, to that portion of the principal balance representing aggregate payments for mortgage insurance premiums;

Second, to that portion of the principal balance representing aggregate payments for servicing fees;

Third, to that portion of the principal balance representing accrued interest due under the Note; and

Fourth, to the remaining portion of the principal balance. A Borrower may specify whether a prepayment is to be credited to that portion of the principal balance representing monthly payments or the line of credit. If Borrower does not designate which portion of the principal balance is to be prepaid, Lender shall apply any partial prepayments to an existing line of credit or create a new line of credit. Any partial payments will be made available to Borrower by increasing the amount of Borrower's monthly payments and/or increasing the amount available to Borrower for Loan Advances under a line of credit.

**7. IMMEDIATE PAYMENT IN FULL**
**(A) Death or Sale**
Lender may require immediate payment in full of all outstanding principal and accrued interest if:

(i) A Borrower dies and the Property is not the principal residence of at least one surviving Borrower; or

(ii) All of a Borrower's title in the Property (or his or her beneficial interest in a trust owning all or part of the Property) is sold or otherwise transferred and no other Borrower retains (a) title to the Property in fee simple (b) a leasehold under a lease for not less than 99 years which is renewable or a lease having a remaining period of not less than 50 years beyond the date of the 100th birthday of the youngest Borrower, or (c) a life estate in the Property (or retains a beneficial interest in a trust with such an interest in the Property).

**(B) Other Grounds**
Lender may require immediate payment in full of all outstanding principal and accrued interest, upon approval by an authorized representative of the Secretary, if:

(i) The Property ceases to be the principal residence of a Borrower for reasons other than death and the Property is not the principal residence of at least one other Borrower;

(ii) For a period of longer than twelve (12) consecutive months, a Borrower fails to physically occupy the Property because of physical or mental illness and the Property is not the principal residence of at least one other Borrower; or

(iii) An obligation of the Borrower under the Security Instrument is not performed.

**(C) Payment of Costs and Expenses**
If Lender has required immediate payment in full, as described above, the debt enforced through sale of the Property may

include costs and expenses, including reasonable and customary attorneys' fees, associated with enforcement of this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

**(D) Trusts**
Conveyance of a Borrower's interest in the Property to a trust which meets the requirements of the Secretary, or conveyance of a trust's interest in the Property to a Borrower, shall not be considered a conveyance for purposes of this Paragraph. A trust shall not be considered an occupant or be considered as having a principal residence for purposes of this Paragraph.

**8. WAIVERS**
Borrower waives the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

**9. GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the Property Address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address.

**10. OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note, each person is fully obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note only through sale of the Property.

**11. RELATIONSHIP TO SECOND NOTE**
**(A) Second Note**
Because Borrower will be required to repay amounts which the Secretary may make to or on behalf of Borrower pursuant to Section 255(i)(1)(A) of the National Housing Act and the Loan Agreement, the Secretary has required Borrower to grant a Second Note to the Secretary.

**(B) Relationship of Secretary Payments to this Note**
Payments made by the Secretary shall not be included in the debt due under this Note unless:

    (i)  This Note is assigned to the Secretary; or

    (ii)  The Secretary accepts reimbursements by the Lender for all payments made by the Secretary.

If the circumstances described in (i) or (ii) occur, then all payments made by the Secretary, including interest on the payments, shall be included in the debt.

**(C) Effect on Borrower**
Where there is no assignment or reimbursement as described in (B)(i) or (ii), and the Secretary makes payments to Borrower, then Borrower shall not:

    (i)  Be required to pay amounts owed under this Note until the Secretary has required payment in full of all outstanding principal and accrued interest under the Second Note held by the Secretary, notwithstanding anything to the contrary in Paragraph 7 of this Note; or

    (ii)  Be obligated to pay interest or shared appreciation under this Note at any time, whether accrued before or after the payments by the Secretary, and whether or not accrued interest has been included in the principal balance of this Note, notwithstanding anything to the contrary in Paragraphs 2 or 5 of this Note or any Allonge to this Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note.

James Joseph Shock (Borrower)                    09/22/2014
                                                            Date

# ALLONGE TO NOTE

**ALLONGE TO NOTE DATED:**  September 22, 2014

**LOAN NUMBER:**

**IN FAVOR OF:**  One Reverse Mortgage, LLC

**LOAN AMOUNT:**  $102,750.00

**AND EXECUTED BY:**  James Joseph Shock

**ADDRESS:**  1119 S Hanover St
Nanticoke, PA 18634-3417

## WITHOUT RECOURSE
### Pay to the Order of

Reverse Mortgage Solutions, Inc.

One Reverse Mortgage, LLC

By _____

Amy Christensen
Controller of One Reverse Mortgage, LLC

**ALLONGE**

**BORROWERS: Shock, James**

**PAY TO THE ORDER OF:**

_____

**WITHOUT RECOURSE**

**COMPANY NAME: REVERSE MORTGAGE SOLUTIONS, INC.**

**BY:** _Robbye Johnson_

    **ROBBYE JOHNSON**
    **VICE PRESIDENT**

# EXHIBIT "B"

### JOAN HOGGARTH
### LUZERNE COUNTY CLERK OF RECORDS
### DIVISION OF JUDICIAL SERVICES AND RECORDS



**Recorder of Deeds Division**
**Luzerne County Courthouse**
**200 N. River Street**
**Wilkes-Barre, PA 18711**
**(570) 825-1641**

\*RETURN DOCUMENT TO:
TITLE SOURCE, INC.
662 WOODWARD AVE.
DETROIT, MI 48226

**Instrument Number - 201446742**
Recorded On 10/3/2014 At 9:36:13 AM
\* Instrument Type - MORTGAGE
Invoice Number          User ID: KSC          **\*Total Pages - 13**
\* Mortgagor - SHOCK, JAMES JOSEPH
\* Mortgagee - ONE REVERSE MORTGAGE, LLC  MORTGAGE ELECTRONIC REGISTRATION SYSTEM
\* Customer - SIMPLIFILE LC E-RECORDING

\* FEES

| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| LUZERNE COUNTY RECORDING FEE | $29.00 |
| LUZERNE COUNTY ARCHIVES FEE | .00 |
| LUZERNE RECORDER'S ARCHIVES FEE | .00 |
| LUZERNE COUNTY HOUSING TRUST FUND | $13.00 |
| LUZERNE COUNTY PIN CERTIFICATIONS COLLECTED | $20.00 |
| TOTAL PAID | $103.00 |



I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania

Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER

Total Property Identification Numbers: 1

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - **201446742**      BOOK: **3014**  PAGE: **162654**

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
J7SE4  -20 -37     -     NANTICOKE CITY
       CERTIFIED 10/02/2014 BY BJZ
```

**Record and Return to:**
One Reverse Mortgage, LLC
623 Woodward Avenue, Attn: Capture
Detroit, MI 48226

**Prepared By:**
Glaucia Boutte
One Reverse Mortgage, LLC
9920 Pacific Heights Blvd., Suite 350
San Diego, CA 92121

**Commonwealth of Pennsylvania**

### OPEN-END MORTGAGE
### (HOME EQUITY CONVERSION)
### THIS MORTGAGE SECURES A REVERSE MORTGAGE LOAN

THIS MORTGAGE ("Security Instrument") is given on September 22, 2014. The mortgagor is **James Joseph Shock**, whose address is 1119 S Hanover St, Nanticoke, PA 18634 ("Borrower"). This Security Instrument is given to **One Reverse Mortgage, LLC**, which is organized and existing under the laws of **California**, and whose address is **9920 Pacific Heights Blvd., Suite 350, San Diego, CA 92121** ("Lender"). *The mortgagee under this Security Instrument is Mortgage Electronic Registration Systems, Inc. ("MERS") (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of 1901 E. Voorhees Street, Suite C, Danville, IL 61834 or P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.* Borrower has agreed to repay to Lender amounts which Lender is obligated to advance, including future advances, under the terms of a Home Equity Conversion Loan Agreement dated the same date as this Security Instrument ("Loan Agreement"). The agreement to repay is evidenced by Borrower's Note dated the same date as this Security Instrument ("Note"). This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, including all future advances, with interest at a rate subject to adjustment, and all renewals, extensions and modifications of the Note, up to a maximum principal amount of **One Hundred Two Thousand Seven Hundred Fifty and 00/100 Dollars** (U.S.$102,750.00); (b) the payment of all other sums, with interest, advanced under Paragraph 5 to protect the security of this Security Instrument or otherwise due under the terms of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. The full debt, including all amounts described in (a), (b), and (c) above, if not paid earlier, is due and payable on **November 23, 2086.** For this purpose, Borrower does hereby mortgage, grant and convey to Lender the following described property located in **Luzerne**County, Pennsylvania, which has the address of:

**1119 S Hanover St, Nanticoke, PA 18634**, and is described more fully on Exhibit A attached to and hereby

incorporated into this Mortgage ("Property Address").

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal and Interest.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note.

2. **Payment of Property Charges.** Borrower shall pay all property charges consisting of taxes, ground rents, flood and hazard insurance premiums, and special assessments in a timely manner, and shall provide evidence of payment to Lender, unless Lender pays property charges by withholding funds from monthly payments due to the Borrower or by charging such payments to a line of credit as provided for in the Loan Agreement.

3. **Fire, Flood and Other Hazard Insurance.** Borrower shall insure all improvements on the Property, whether now in existence or subsequently erected, against any hazards, casualties, and contingencies, including fire. This insurance shall be maintained in the amounts, to the extent and for the periods required by Lender or the Secretary of Housing and Urban Development ("Secretary"). Borrower shall also insure all improvements on the Property, whether now in existence or subsequently erected, against loss by floods to the extent required by the Secretary. All insurance shall be carried with companies approved by Lender. The insurance policies and any renewals shall be held by Lender and shall include loss payable clauses in favor of, and in a form acceptable to, Lender.

In the event of loss, Borrower shall give Lender immediate notice by mail. Lender may make proof of loss if not made promptly by Borrower. Each insurance company concerned is hereby authorized and directed to make payment for such loss to Lender, instead of to Borrower and Lender jointly. Insurance proceeds shall be applied to restoration or repair of the damaged Property, if the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied first to the reduction of any indebtedness under a Second Note and Second Security Instrument held by the Secretary on the Property and then to the reduction of the indebtedness under the Note and this Security Instrument. Any excess insurance proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto.

In the event of foreclosure of this Security Instrument or other transfer of title to the Property that extinguishes the indebtedness, all right, title and interest of Borrower in and to insurance policies in force shall pass to the purchaser.

4. **Occupancy, Preservation, Maintenance and Protection of the Property; Borrower's Loan Application; Leaseholds.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence after the

execution of this Security Instrument and Borrower (or at least one Borrower, if initially more than one person are Borrowers) shall continue to occupy the Property as Borrower's principal residence for the term of the Security Instrument. "Principal residence" shall have the same meaning as in the Loan Agreement.

Borrower shall not commit waste or destroy, damage or substantially change the Property or allow the Property to deteriorate, reasonable wear and tear excepted. Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note, including, but not limited to, representations concerning Borrower's occupancy of the Property as a principal residence. If this Security Instrument is on a leasehold, Borrower shall comply with the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and fee title shall not be merged unless Lender agrees to the merger in writing.

**5. Charges to Borrower and Protection of Lender's Rights in the Property.** Borrower shall pay all governmental or municipal charges, fines and impositions that are not included in Paragraph 2. Borrower shall pay these obligations on time directly to the entity which is owed the payment. If failure to pay would adversely affect Lender's interest in the Property, upon Lender's request Borrower shall promptly furnish to Lender receipts evidencing these payments. Borrower shall promptly discharge any lien which has priority over this Security Instrument in the manner provided in Paragraph 12(c).

If Borrower fails to make these payments or the property charges required by Paragraph 2, or fails to perform any other covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, for condemnation or to enforce laws or regulations), then Lender may do and pay whatever is necessary to protect the value of the Property and Lender's rights in the Property, including payment of taxes, hazard insurance and other items mentioned in Paragraph 2.

To protect Lender's security in the Property, Lender shall advance and charge to Borrower all amounts due to the Secretary for the Mortgage Insurance Premium ("MIP") as defined in the Loan Agreement as well as all sums due to the loan servicer for servicing activities ("Servicing Fee") as defined in the Loan Agreement. Any amounts disbursed by Lender under this Paragraph shall become an additional debt of Borrower as provided for in the Loan Agreement and shall be secured by this Security Instrument.

**6. Inspection.** Lender or its agent may enter on, inspect or make appraisals of the Property in a reasonable manner and at reasonable times provided that Lender shall give the Borrower notice prior to any inspection or appraisal specifying a purpose for the inspection or appraisal which must be related to Lender's interest in the Property. If the Property is vacant or abandoned or the loan is in default, Lender may take reasonable action to protect and preserve such vacant or abandoned Property without notice to the Borrower.

**7. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation, or other taking of any part of the Property, or for conveyance in place of condemnation shall be paid to Lender. The proceeds shall be applied first to the reduction of any indebtedness under the Second Note and Second Security Instrument held by the Secretary on the Property, and then to the reduction of the indebtedness under the Note and this Security Instrument. Any excess proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto.

**8. Fees.** Lender may collect fees and charges authorized by the Secretary.

**9. Grounds for Acceleration of Debt.**

(a) **Due and Payable.** Lender may require immediate payment in full of all sums secured by this Security Instrument if:

    (i) A Borrower dies and the Property is not the principal residence of at least one surviving Borrower; or

    (ii) All of a Borrower's title in the Property (or his or her beneficial interest in a trust owning all or part of the Property) is sold or otherwise transferred and no other Borrower retains (a) title to the Property in fee simple, (b) a leasehold under a lease for not less than 99 years which is renewable or a lease having a remaining period of not less than 50 years beyond the date of the 100th birthday of the youngest Borrower, or (c) a life estate in the Property (or retains a beneficial interest in a trust with such an interest in the Property).

(b) **Due and Payable with Secretary Approval.** Lender may require immediate payment in full of all sums secured by this Security Instrument, upon approval by an authorized representative of the Secretary, if:

    (i) The Property ceases to be the principal residence of a Borrower for reasons other than death and the Property is not the principal residence of at least one other Borrower; or

    (ii) For a period of longer than twelve (12) consecutive months, a Borrower fails to physically occupy the Property because of physical or mental illness and the Property is not the principal residence of at least one other Borrower; or

    (iii) An obligation of the Borrower under this Security Instrument is not performed.

(c) **Notice to Lender.** Borrower shall notify Lender whenever any of the events listed in Paragraph 9(a)(ii) and (b) occur.

(d) **Notice to Secretary and Borrower** Lender shall notify the Secretary and Borrower whenever the loan becomes due and payable under Paragraph 9(a)(ii) and (b). Lender shall not have the right to commence foreclosure until Borrower has had thirty (30) days after notice to either:

    (i) Correct the matter which resulted in the Security Instrument coming due and payable; or

    (ii) Pay the balance in full; or

    (iii) Sell the Property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or

    (iv) Provide the Lender with a deed in lieu of foreclosure.

(e) **Trusts.** Conveyance of a Borrower's interest in the Property to a trust which meets the requirements of the Secretary, or conveyance of a trust's interests in the Property to a Borrower, shall not be considered a conveyance for purposes of this Paragraph 9. A trust shall not be considered an occupant or be considered as having a principal residence for purposes of this Paragraph 9.

(f) **Mortgage Not Insured.** Borrower agrees that should this Security Instrument and the Note not be eligible for insurance under the National Housing Act within eight (8) months from the date hereof, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. A written statement of any authorized agent of the Secretary dated subsequent to eight (8) months from the date hereof, declining to

insure this Security Instrument and the Note, shall be deemed conclusive proof of such ineligibility. Notwithstanding the foregoing, this option may not be exercised by Lender when the unavailability of insurance is solely due to Lender's failure to remit a mortgage insurance premium to the Secretary.

**10. No Deficiency Judgments.** Borrower shall have no personal liability for payment of the debt secured by this Security Instrument. Lender may enforce the debt only through sale of the Property. Lender shall not be permitted to obtain a deficiency judgment against Borrower if the Security Instrument is foreclosed. If this Security Instrument is assigned to the Secretary upon demand by the Secretary, Borrower shall not be liable for any difference between the mortgage insurance benefits paid to Lender and the outstanding indebtedness, including accrued interest, owed by Borrower at the time of the assignment.

**11. Reinstatement.** Borrower has a right to be reinstated if Lender has required immediate payment in full. This right applies even after foreclosure proceedings are instituted. To reinstate this Security Instrument, Borrower shall correct the condition which resulted in the requirement for immediate payment in full. Foreclosure costs and reasonable and customary attorneys' fees and expenses properly associated with a foreclosure proceeding shall be added to the principal balance. Upon reinstatement by Borrower, this Security Instrument and the obligations that it secures shall remain in effect as if Lender had not required immediate payment in full. However, Lender is not required to permit reinstatement if:(i) Lender has accepted reinstatement after the commencement of foreclosure proceedings within two (2) years immediately preceding the commencement of a current foreclosure proceeding, (ii) reinstatement will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely affect the priority of the Security Instrument.

**12. First Lien Status.**

(a) **Modification.** Borrower agrees to extend this Security Instrument in accordance with this Paragraph 12(a). If Lender determines that the original lien status of the Security Instrument is jeopardized under state law (including but not limited to situations where the amount secured by the Security Instrument equals or exceeds the maximum principal amount stated or the maximum period under which loan advances retain the same lien priority initially granted to loan advances has expired) and state law permits the original lien status to be maintained for future loan advances through the execution and recordation of one or more documents, then Lender shall obtain title evidence at Borrower's expense. If the title evidence indicates that the Property is not encumbered by any liens (except this Security Instrument, the Second Security Instrument described in Paragraph 13(a) and any subordinate liens that the Lender determines will also be subordinate to any future loan advances), Lender shall request the Borrower to execute any documents necessary to protect the priority of the lien status of future loan advances. Borrower agrees to execute such documents. If state law does not permit the original lien status to be extended to future loan advances, Borrower will be deemed to have failed to have performed an obligation under this Security Instrument.

(b) **Tax Deferral Programs.** Borrower shall not participate in a real estate tax deferral program, if any liens created by the tax deferral are not subordinate to this Security Instrument.

(c) **Prior Liens.** Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien or forfeiture of any part of the Property; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to all amounts secured by this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice

identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within ten (10) days of the giving of notice.

**13. Relationship to Second Security Instrument.**

    **(a) Second Security Instrument.** In order to secure payments which the Secretary may make to or on behalf of Borrower pursuant to Section 255(i)(1)(A) of the National Housing Act and the Loan Agreement, unless otherwise provided by the Secretary, the Secretary has required Borrower to execute a Second Note and a Second Security Instrument on the Property.

    **(b) Relationship of First and Second Security Instruments.** Payments made by the Secretary shall not be included in the debt under the Note unless:

        (i)   This Security Instrument is assigned to the Secretary; or

        (ii)   The Secretary accepts reimbursement by the Lender for all payments made by the Secretary.

If the circumstances described in (i) or (ii) occur, then all payments by the Secretary, including interest on the payments but excluding late charges paid by the Secretary, shall be included in the debt under the Note.

    **(c) Effect on Borrower.** Where there is no assignment or reimbursement as described in (b)(i) or (ii) and the Secretary makes payments to Borrower, then Borrower shall not:

        (i)   Be required to pay amounts owed under the Note, or pay any rents and revenues of the Property under Paragraph 19 to Lender or a receiver of the Property, until the Secretary has required payment in full of all outstanding principal and accrued interest under the Second Note; or

        (ii)   Be obligated to pay interest or shared appreciation under the Note at any time, whether accrued before or after the payments by the Secretary, and whether or not accrued interest has been included in the principal balance under the Note.

    **(d) No Duty of the Secretary.** The Secretary has no duty to Lender to enforce covenants of the Second Security Instrument or to take actions to preserve the value of the Property, even though Lender may be unable to collect amounts owed under the Note because of restrictions in this Paragraph 13.

**14. Forbearance by Lender Not a Waiver.** Any forbearance by Lender in exercising any right or remedy shall not be a waiver of, or preclude the exercise of, any right or remedy.

**15. Successors and Assigns Bound; Joint and Several Liability.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender. Borrower may not assign any rights or obligations under this Security Instrument or under the Note, except to a trust that meets the requirements of the Secretary. Borrower's covenants and agreements shall be joint and several.

**16. Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address all Borrowers jointly designate. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this Paragraph 16.

**17. Governing Law; Severability.** This Security Instrument shall be governed by Federal law and the law of the jurisdiction in which the Property is located. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable.

**18. Borrower's Copy.** Borrower shall be given one conformed copy of the Note and this Security Instrument.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**19. Assignment of Rents.** Borrower unconditionally assigns and transfers to Lender all the rents and revenues of the Property. Borrower authorizes Lender or Lender's agents to collect the rents and revenues and hereby directs each tenant of the Property to pay the rents to Lender or Lender's agents. However, prior to Lender's notice to Borrower of Borrower's breach of any covenant or agreement in the Security Instrument, Borrower shall collect and receive all rents and revenues of the Property as trustee for the benefit of Lender and Borrower. This assignment of rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of breach to Borrower: (a) all rents received by Borrower shall be held by Borrower as trustee for benefit of Lender only, to be applied to the sums secured by this Security Instrument; (b) Lender shall be entitled to collect and receive all of the rents of the Property; and (c) each tenant of the Property shall pay all rents due and unpaid to Lender or Lender's agent on Lender's written demand to the tenant.

Borrower has not executed any prior assignment of the rents and has not and will not perform any act that would prevent Lender from exercising its rights under this Paragraph 19.

Lender shall not be required to enter upon, take control of or maintain the Property before or after giving notice of breach to Borrower. However, Lender or a judicially appointed receiver may do so at any time there is a breach. Any application of rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of rents of the Property shall terminate when the debt secured by this Security Instrument is paid in full.

**20. Foreclosure Procedure. If Lender requires immediate payment in full under Paragraph 9, Lender may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Paragraph 20, including, but not limited to, attorneys' fees and costs of title evidence to the extent permitted by applicable law.**

**21. Lien Priority.** The full amount secured by this Security Instrument shall have the same priority over any other liens on the Property as if the full amount had been disbursed on the date the initial disbursement was made, regardless of the actual date of any disbursement. The amount secured by this Security Instrument shall include all direct payments by Lender to Borrower and all other loan advances permitted by this Security Instrument for any purpose. This lien priority shall apply notwithstanding any State constitution, law or regulation, except that this lien priority shall not affect the priority of any liens for unpaid State or local governmental unit special assessments or taxes.

**22. Adjustable Rate Feature.** Under the Note, the initial stated interest rate of **Two and 654/1000's percent (2.654%)** which accrues on the unpaid principal balance ("Initial Interest Rate") is subject to change, as described below. When the interest rate changes, the new adjusted interest rate will be applied to the total outstanding principal balance. Each adjustment to the interest rate will be based upon the One-Month London Interbank Offered

Rate ("LIBOR") as made available in the "Money Rates" section of the Wall Street Journal ("Index") plus a margin, rounded to three digits to the right of the decimal point. If the Index is no longer available, Lender will be required to use any index prescribed by the Department of Housing and Urban Development. The new index will have a historical movement substantially similar to the original index, and the new index and margin will result in an annual percentage rate that is substantially similar to the rate in effect at the time the original index becomes unavailable.

Lender will perform the calculations described below to determine the new adjusted interest rate. The interest rate may change on the first day of **December, 2014 and on the first day of each succeeding month**, ("Change Date") until the loan is repaid in full. "Change Date" means each date in which the interest rate could change.

The value of the Index will be determined, using the most recent Index figure available thirty (30) days before the Change Date ("Current Index"). Before each Change Date, the new interest rate will be calculated by adding a margin to the Current Index. The sum of the margin plus the Current Index, subject to the rate limitations below, will be called the "Calculated Interest Rate" for each Change Date. The Calculated Interest Rate will be compared to the interest rate in effect immediately prior to the current Change Date (the "Existing Interest Rate").

The interest rate will never increase above 12.654%.

The Calculated Interest Rate will be adjusted if necessary to comply with the rate limitation(s) described above and will be in effect until the next Change Date. At any Change Date, if the Calculated Interest Rate equals the Existing Interest Rate, the interest rate will not change.

**23. Release.** Upon payment of all sums secured by this Security Instrument, this Security Instrument and the estate conveyed shall terminate and become void. After such occurrence, Lender shall discharge and satisfy this Security Instrument. Borrower shall pay any recordation costs. Lender may charge borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted by applicable law.

**24. Waivers.** Borrower, to the extent permitted by applicable law, waives and releases any error or defects in proceedings to enforce this Security Instrument, and hereby waives the benefit of any present or future laws providing for stay of execution, extension of time, exemption from attachment, levy and sale, and homestead exemption.

**25. Reinstatement Period.** Borrower's time to reinstate provided in Paragraph 11 shall extend to one hour prior to the commencement of bidding at a sheriff's sale or other sale pursuant to this Security Instrument.

**26. Purchase Money Mortgage.** If any of the debt secured by this Security Instrument is lent to Borrower to acquire title to the Property, this Security Instrument shall be a purchase money mortgage.

**27. Interest Rate After Judgment.** Borrower agrees that the interest rate payable after a judgment is entered on the Note or in an action of mortgage foreclosure shall be the rate payable from time to time under the Note.

**28. Obligatory Loan Advances.** Lender's responsibility to make Loan Advances under the terms of the Loan Agreement, including Loan Advances of principal to Borrower as well as Loan Advances for interest, MIP, Servicing Fees, and other charges shall be obligatory.

**29. Nominee Capacity of MERS.** MERS serves as mortgagee of record and secured party solely as nominee, in an

administrative capacity, for Lender and its successors and assigns and holds legal title to the interests granted, assigned, and transferred herein. All payments or deposits with respect to the Secured Obligations shall be made to Lender, all advances under the Loan Documents shall be made by Lender, and all consents, approvals, or other determinations required or permitted of Mortgagee herein shall be made by Lender. MERS shall at all times comply with the instructions of Lender and its successors and assigns. If necessary to comply with law or custom, MERS (for the benefit of Lender and its successors and assigns) may be directed by Lender to exercise any or all of those interests, including without limitation, the right to foreclose and sell the Property, and take any action required of Lender, including without limitation, a release, discharge or reconveyance of this Security Instrument. Subject to the foregoing, all references herein to "Mortgagee" shall include Lender and its successors and assigns.

**30. Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument.

[Check all riders that are applicable.]

| | | | |
|---|---|---|---|
| | Condominium Rider | | PUD Rider |
| | Shared Appreciation Rider | | Other |

This is a contract under seal and may be enforced under 42 Pa.C.S. Section 5529(b). BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

Witnesses: _____

_____

**JAMES JOSEPH SHOCK (BORROWER)**

## Notary Acknowledgement

Commonwealth of Pennsylvania

County of _LUZERNE_

On **September 22, 2014**, before me, _ROBERT L Hyloski, A Notary Public_ , the undersigned officer, personally appeared **James Joseph Shock**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public _Robert L. Hynoski_

[SEAL]

My commission expires:
_APRIL 23, 2017_

> Commonwealth of Pennsylvania
> **NOTARIAL SEAL**
> ROBERT L HYNOSKI, NOTARY PUBLIC
> City of Nanticoke, Luzerne County
> My Commission Expires April 23, 2017

## CERTIFICATE OF RESIDENCE OF MORTGAGEE

I/We certify that the address of the within-named mortgagee(s) is:

**9920 Pacific Heights Blvd., Suite 350, San Diego, CA 92121**

Mortgagee or Authorized representative of mortgagee(s)
Print Name: Shaku Yhebell
Title (if not Mortgagee): Agent

Mortgagee
Print Name: _____

## EXHIBIT A

Exhibit A to the Mortgage given on **September 22, 2014**, by **James Joseph Shock** ("Borrower") to **One Reverse Mortgage, LLC** ("Lender"). The Property is located in the county of **Luzerne**, state of **PA**, and is described as follows:

Description of Property

See legal description attached hereto and made a part hereof



## EXHIBIT A - LEGAL DESCRIPTION

Tax Id Number(s)

Land Situated in the City of Nanticoke in the County of Luzerne in the State of PA

BEGINNING AT THE NORTHWEST CORNER OF LOT NO. 1039 ON THE EASTERLY SIDE OR HANOVER STREET IN SAID CITY FORTY-SEVEN (47) FEET NORTHERLY FROM THE NORTHEAST CORNER OF THE INTERSECTION OF HANOVER AND SOUTH STREETS ON THE PLOT OF LOTS HEREINAFTER MENTIONED;

THENCE ALONG THE EASTERLY SIDE OF SAID HANOVER STREET NORTH SEVENTEEN (17) DEGREES SEVENTEEN (17) MINUTES WEST, FORTY-FIVE (45) FEET TO A CORNER OF LOT NO. 1037;

THENCE ALONG THE SOUTHERLY LINE OF SAID LOT NO. 1037 NORTH SEVENTY-ONE (71) DEGREES, TWELVE (12) MINUTES EAST, ONE HUNDRED SIXTY-FIVE AND SIXTEEN ONE-HUNDREDTHS (165.16) FEET TO A CORNER ON MAPLE STREET;

THENCE ALONG THE WESTERLY SIDE OF SAID MAPLE STREET SOUTH EIGHTEEN (18) DEGREES FORTY-EIGHT (48) MINUTES EAST, FORTY-FIVE (45) FEET TO A CORNER OF LOT NO. 1039;

THENCE ALONG THE NORTHERLY LINE OR SAID LOT NO. 1039 SOUTH SEVENTY-ONE (71) DEGREES TWELVE (12) MINUTES WEST, ONE HUNDRED SIXTY-SIX AND THIRTY-FIVE ONE HUNDREDTHS (166.35) FEET TO THE PLACE OF BEGINNING.

CONTAINING 7458.97 SQUARE FEET OF LAND, MORE OR LESS.

BEING LOT NO. 1038 ON THE PLOT OF LOTS LAID OUT BY THE SUSQUEHANNA COAL COMPANY IN SAID CITY OF NANTICOKE AND RECORDED IN LUZERNE COUNTY MAP BOOK NO. 1, PAGE 6 AND 7.

Commonly known as: 1119 S Hanover St, Nanticoke, PA 18634-3417

# EXHIBIT "C"

# JOAN HOGGARTH
## LUZERNE COUNTY CLERK OF RECORDS
### DIVISION OF JUDICIAL SERVICES AND RECORDS



**Recorder of Deeds Division**
**Luzerne County Courthouse**
**200 N. River Street**
**Wilkes-Barre, PA 18711**
**(570) 825-1641**

*RETURN DOCUMENT TO:
CHARLES A BROWN AND ASSOC DBA
DOCSOLUTION

**Instrument Number - 202168756**
Recorded On 10/22/2021 At 10:23:31 AM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number          User ID: KSC          ***Total Pages - 4**
* Mortgagor - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ONE REVERSE MORTGAG
* Mortgagee - REVERSE MORTGAGE SOLUTIONS, INC.
* Customer - CHARLES A BROWN AND ASSOC DBA DOCSOLUTION

*FEES

| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| COUNTY RECORDING FEE | $18.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| RECORDER'S ARCHIVES FEE | $3.00 |
| PIN CERTIFICATIONS | $0.00 |
| TOTAL PAID | $63.75 |



I hereby CERTIFY that this document is
Recorded in the Recorder of Deeds Office
of Luzerne County, Pennsylvania

Joan Hoggarth
Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER

Total Property Identification Numbers: 1

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - **202168756**          BOOK: **3021**  PAGE: **294682**

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
J7SE4  -20 -37      -      NANTICOKE CITY
       CERTIFIED 10/20/2021 BY RA
```

# ASSIGNMENT OF MORTGAGE

**Prepared By And
After Recording Return To:**

Charles A. Brown & Associates, P.L.L.C.
Charles A. Brown, Attorney at Law
2316 Southmore
Pasadena, TX 77502
713-941-4928

**Charles A. Brown & Associates, P.L.L.C. d/b/a DocSolution, Inc. did not prepare a title search of the property encumbered by the security instrument described below. The preparer of this document makes no representation as to the status of the title, loan history, property use or zoning regulations concerning described property herein assigned, transferred or conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantor/Grantee and/or their agent. No boundary survey was made at the time of this assignment, transfer or conveyance.**

*FOR VALUE RECEIVED,* **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE,** whose address is P.O. Box 2026, Flint, MI 48501-2026 and whose address is 1901 E Voorhees St, Ste C, Danville, IL 61834, **AS NOMINEE FOR ONE REVERSE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS,** does hereby assign and transfer to **REVERSE MORTGAGE SOLUTIONS, INC.,** forever and without recourse, whose address is 14405 Walters Rd., Ste. 200, Houston, TX 77014, all its right, title and interest in and to a certain Mortgage from **JAMES JOSEPH SHOCK** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE AS NOMINEE FOR ONE REVERSE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS** for **$102,750.00,** dated **9/22/2014** of record on **10/3/2014** in Book **3014** Page **162654** as Document **201446742,** in the **LUZERNE County** Clerk's Office, State of **PENNSYLVANIA.**
Property Address: 1119 S Hanover St, Nanticoke, PENNSYLVANIA '18634
Legal description: SEE ATTACHED EXHIBIT "A"
Parcel
Township: CITY OF NANTICOKE
I certify that the address of the within named assignee is 14405 Walters Rd., Ste. 200, Houston, TX 77014

Page 1

Executed this _____ 9/28/21 _____ .

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE AS NOMINEE FOR ONE REVERSE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS**

By: _____ Jorge Valadez _____
Title: VICE PRESIDENT

STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned, a Notary Public on this day personally appeared _____ Jorge Valadez _____, VICE PRESIDENT, known to me (or proved to me on the oath of _____ ), to be the person and officer whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of the said MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, A DELAWARE CORPORATION, AS NOMINEE FOR ONE REVERSE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS a corporation, and that he/she had executed the same as the act of such corporation for the purpose and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office this 28th day of September, A.D. 2021

Notary Public in and for the State of Texas
Notary's Printed Name: _____ MELISSA ROCHA _____
My Commission Expires: _____ AUG 16 2024 _____

> MELISSA ROCHA
> My Notary ID # 129090525
> Expires August 16, 2024

Page 2

# EXHIBIT "A"

Tax Id Number:

Land Situated  in the City of Nanticoke in the County of Luzerne in the State of PA

BEGINNING AT THE NORTHWEST CORNER OF LOT NO. 1039 ON THE EASTERLY SIDE OR HANOVER STREET IN SAID CITY FORTY-SEVEN (47) FEET NORTHERLY FROM THE NORTHEAST CORNER OF THE INTERSECTION OF HANOVER AND SOUTH STREETS ON THE PLOT OF LOTS HEREINAFTER MENTIONED;

THENCE ALONG THE EASTERLY SIDE OF SAID HANOVER STREET NORTH SEVENTEEN (17) DEGREES SEVENTEEN (17) MINUTES WEST, FORTY-FIVE (45) FEET TO A CORNER OF LOT NO. 1037;

THENCE ALONG THE SOUTHERLY LINE OF SAID LOT NO. 1037 NORTH SEVENTY-ONE (71) DEGREES, TWELVE (12) MINUTES EAST, ONE HUNDRED SIXTY-FIVE AND SIXTEEN ONE-HUNDREDTHS (165.16) FEET TO A CORNER ON MAPLE STREET;

THENCE ALONG THE WESTERLY SIDE OF SAID MAPLE STREET SOUTH EIGHTEEN (18) DEGREES FORTY-EIGHT (48) MINUTES EAST, FORTY-FIVE (45) FEET TO A CORNER OF LOT NO. 1039;

THENCE ALONG THE NORTHERLY LINE OR SAID LOT NO. 1039 SOUTH SEVENTY-ONE (71) DEGREES TWELVE (12) MINUTES WEST, ONE HUNDRED SIXTY-SIX AND THIRTY-FIVE ONE HUNDREDTHS (166.35) FEET TO THE PLACE OF BEGINNING.

CONTAINING 7458.97 SQUARE FEET OF LAND, MORE OR LESS.

BEING LOT NO. 1038 ON THE PLOT OF LOTS LAID OUT BY THE SUSQUEHANNA COAL COMPANY IN SAID CITY OF NANTICOKE AND RECORDED IN LUZERNE COUNTY MAP BOOK NO. 1, PAGE 6 AND 7.

Commonly known as:  1119 S Hanover St , Nanticoke, PA 18634-3417

*PAULA L. RADICK*
*LUZERNE COUNTY CLERK OF RECORDS*
*DIVISION OF JUDICIAL SERVICES AND RECORDS*



**Recorder of Deeds Division**
**Luzerne County Courthouse**
**200 N. River Street**
**Wilkes-Barre, PA 18711**
**(570) 825-1641**

*RETURN DOCUMENT TO:
DOCSOLUTION, INC
2316 SOUTHMORE AVE
PASADENA, TX 77502-1422

**Instrument Number - 202528589**
Recorded On 6/5/2025 At 8:35:25 AM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number ·                    User ID: PEA                    *Total Pages - 4
* Mortgagor - MORTGAGE ASSETS MANAGEMENT, LLC  PHH MORTGAGE CORPORATION
* Mortgagee - CASCADE FUNDING MORTGAGE TRUST HB15
* Customer - SIMPLIFILE LC E-RECORDING

*FEES
```
PA WRIT TAX                $0.50
JCS/ACCESS TO JUSTICE     $40.25
COUNTY RECORDING FEE      $18.00
COUNTY ARCHIVES FEE        $2.00
RECORDER'S ARCHIVES FEE    $3.00
PIN CERTIFICATIONS        $20.00
TOTAL PAID                $83.75
```

I hereby CERTIFY that this document is
Recorded in the Recorder of Deeds Office
of Luzerne County, Pennsylvania



Paula L. Radick
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER

Total Property Identification Numbers: 1

THIS IS A CERTIFICATION PAGE

# Do Not Detach

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - **202528589**      BOOK: **3025**  PAGE: **114081**

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
J7SE4 -20 -37    -    NANTICOKE CITY
         CERTIFIED 06/03/2025 BY TM
```

# ASSIGNMENT OF MORTGAGE

Parcel:

**Prepared By And
After Recording Return To:**

**DocSolutionUSA**

DocSolutionUSA, LLC, dba DocSolution, Inc.
2316 Southmore
Pasadena, TX 77502
713-941-4928

**DocSolutionUSA, LLC, d/b/a DocSolution, Inc. did not prepare a title search of the Property described in the document below. The Preparer of this document makes no representation as to the status and validity of, including, but not limited to, the title, loan history, boundary survey, property use, or zoning regulations of the Property assigned, transferred, conveyed, released, or any other disposition of the Property. Information herein was provided to preparer by Grantor/Grantee and/or their Agent.**

FHA Case Number

*FOR VALUE RECEIVED*, **MORTGAGE ASSETS MANAGEMENT, LLC F/K/A REVERSE MORTGAGE SOLUTIONS, INC.**, whose address is c/o PHH Mortgage Corporation d/b/a PHH Mortgage Services, 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33409, does hereby assign and transfer to **CASCADE FUNDING MORTGAGE TRUST HB15** forever and without recourse, whose address is c/o PHH Mortgage Corporation, 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33409, all its right, title and interest in and to the described Mortgage executed by **JAMES JOSEPH SHOCK** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MORTGAGEE, AS NOMINEE FOR ONE REVERSE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS** for **$102,750.00** dated **9/22/2014** of record on **10/2/2014** in Book **3014** Page **162654** at Document Number **201446742**, in the **LUZERNE** County Recorder's and/or Clerk's Office, State of **PENNSYLVANIA**.
Property Address: 1119 S Hanover St, Nanticoke, PENNSYLVANIA 18634
Legal description: SEE ATTACHED EXHIBIT "A"

Township: CITY OF NANTICOKE

I certify that the address of the within named assignee is c/o PHH Mortgage Corporation, 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33409

Executed this **5/30/2025**

**MORTGAGE ASSETS MANAGEMENT, LLC F/K/A REVERSE MORTGAGE SOLUTIONS, INC. BY AND THROUGH ITS ATTORNEY IN FACT, PHH MORTGAGE CORPORATION**

By: **LIZET MORALES-PEREZ**

Title: **SERVICING OPERATIONS SPECIALIST**

Power of Attorney recorded: **6/7/2022, INSTRUMENT NO. 202236774**

## ACKNOWLEDGMENT

STATE OF FLORIDA

COUNTY OF **PALM BEACH**

The foregoing instrument was voluntarily acknowledged before me by means ☒physical presence ☐ online notarization, this **5/30/2025** by **LIZET MORALES-PEREZ, SERVICING OPERATIONS SPECIALIST** of PHH Mortgage Corporation, Attorney in Fact for MORTGAGE ASSETS MANAGEMENT, LLC F/K/A REVERSE MORTGAGE SOLUTIONS, INC., ITS SUCCESSORS AND ASSIGNS, a corporation, on behalf of the corporation. He/She is personally known to me or has produced **N/A** as identification.

Given under my hand and seal of office this **30** day of **MAY**, A.D. **2025**.

Notary Public State of Florida
Gwen Murakami
My Commission
HH 205421
Exp. 1/7/2026

Notary Public in and for the State of Florida

Notary's Printed Name: **Gwen Murakami**

My Commission Expires: **JAN 0 7 2026**

For $102,750.00 dated 9/22/2014

# EXHIBIT "A"

Tax Id Number(s)

Land Situated in the City of Nanticoke in the County of Luzerne in the State of PA

BEGINNING AT THE NORTHWEST CORNER OF LOT NO. 1039 ON THE EASTERLY SIDE OR HANOVER STREET IN SAID CITY FORTY-SEVEN (47) FEET NORTHERLY FROM THE NORTHEAST CORNER OF THE INTERSECTION OF HANOVER AND SOUTH STREETS ON THE PLOT OF LOTS HEREINAFTER MENTIONED;

THENCE ALONG THE EASTERLY SIDE OF SAID HANOVER STREET NORTH SEVENTEEN (17) DEGREES SEVENTEEN (17) MINUTES WEST, FORTY-FIVE (45) FEET TO A CORNER OF LOT NO. 1037;

THENCE ALONG THE SOUTHERLY LINE OF SAID LOT NO. 1037 NORTH SEVENTY-ONE (71) DEGREES, TWELVE (12) MINUTES EAST, ONE HUNDRED SIXTY-FIVE AND SIXTEEN ONE-HUNDREDTHS (165.16) FEET TO A CORNER ON MAPLE STREET;

THENCE ALONG THE WESTERLY SIDE OF SAID MAPLE STREET SOUTH EIGHTEEN (18) DEGREES FORTY-EIGHT (48) MINUTES EAST, FORTY-FIVE (45) FEET TO A CORNER OF LOT NO. 1039;

THENCE ALONG THE NORTHERLY LINE OR SAID LOT NO. 1039 SOUTH SEVENTY-ONE (71) DEGREES TWELVE (12) MINUTES WEST, ONE HUNDRED SIXTY-SIX AND THIRTY-FIVE ONE HUNDREDTHS (166.35) FEET TO THE PLACE OF BEGINNING.

CONTAINING 7458.97 SQUARE FEET OF LAND, MORE OR LESS.

BEING LOT NO. 1038 ON THE PLOT OF LOTS LAID OUT BY THE SUSQUEHANNA COAL COMPANY IN SAID CITY OF NANTICOKE AND RECORDED IN LUZERNE COUNTY MAP BOOK NO. 1, PAGE 6 AND 7.

Commonly known as: 1119 S Hanover St, Nanticoke, PA 18634-3417

# EXHIBIT "D"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                              CHAPTER 13
Joseph David Shock
  and                                              CASE NO.
Kathy Ann Shock

   X   ORIGINAL PLAN
      AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
  0   Number of Motions to Avoid Liens
  0   Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.  PLAN FUNDING AND LENGTH OF PLAN.**

    **A.  Plan Payments From Future Income**

       1.  To date, the Debtor paid   $0.00   (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is   $4,500.00   , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 03/2025 | 02/2030 | $75.00 | $0.00 | $75.00 | $4,500.00 |
| | | | | Total Payments: | $4,500.00 |

      2.  If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3.  Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4.  CHECK ONE: _____ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

    __X__ Debtor is over median income. Debtor calculates that a minimum of _____$0.00_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

B.  **Additional Plan Funding From Liquidation of Assets/Other**

    1.  The Debtor estimates that the liquidation value of this estate is _____$0.00_____ . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

    *Check one of the following two lines.*

    __X__ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2.  **SECURED CLAIMS.**

    A.  **Pre-Confirmation Distributions.** Check one.

    __X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    B.  **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

    __X__ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

    C.  **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

    _____ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

    __X__ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Guild Mortgage | 199 Hanlon Rd., Lake Ariel, PA | $2,150.57 | $0.00 | $2,150.57 |
| Ally Financial | 2015 Ram 1500 | 0 | 0 | 0 |

    D.  **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

    __X__ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E.  **Secured claims for which a § 506 valuation is applicable.** *Check one.*

  X  None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F.  **Surrender of Collateral.** *Check one.*

  X  None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G.  **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

  X  None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3.  **PRIORITY CLAIMS.**

  A.  **Administrative Claims**

    1.  <u>Trustee's Fees.</u>  Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2.  <u>Attorney's fees.</u> Complete only one of the following options:

      a.  In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b.  $ __415.00__ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    3.  <u>Other.</u>  Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      X  None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

  B.  **Priority Claims (including certain Domestic Support Obligations)**

    Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

  C.  **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

      X  None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4.  **UNSECURED CLAIMS.**

  A.  **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

    X  None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

____ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

__X__ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Hyundai Capital | Vehicle Lease | | | | | Reject |

6. **VESTING OF PROPERTY OF THE ESTATE.**

Property of the estate will vest in the Debtor upon

*Check the applicable line:*   **See § 9.**

___plan confirmation.
___entry of discharge.
___closing of case.

7. **DISCHARGE: (Check one)**

( x )   The debtor will seek a discharge pursuant to § 1328(a).

(   )   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
Level 6: Amounts listed in ¶ 2.D, pro rata
Level 7: Amounts listed in ¶ 4.A, pro rata
Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
Level 9: General unsecured claims

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

Vesting of Property. Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

Dated: <u>February 24, 2025</u>

_____
Attorney for Debtor

_____
Debtor

_____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

# Signature Certificate

Reference number:

| Signer | Timestamp | Signature |
|---|---|---|
| **Carlo Sabatini**<br>Email: carlo@bankruptcypa.com | | |
| Sent:<br>Viewed:<br>Signed: | 25 Feb 2025 01:50:03 UTC<br>25 Feb 2025 01:50:53 UTC<br>25 Feb 2025 01:51:06 UTC | |
| **Recipient Verification:**<br>✔Email verified | <br>25 Feb 2025 01:50:53 UTC | IP address:<br>Location: Philadelphia, United States |
| **Joseph Shock**<br>Email: | | |
| Sent:<br>Viewed:<br>Signed: | 25 Feb 2025 01:50:03 UTC<br>25 Feb 2025 02:16:15 UTC<br>25 Feb 2025 02:16:52 UTC | |
| **Recipient Verification:**<br>✔Email verified | <br>25 Feb 2025 02:16:15 UTC | IP address:<br>Location: Carbondale, United States |
| **Kathy Shock**<br>Email: | | |
| Sent:<br>Viewed:<br>Signed: | 25 Feb 2025 01:50:03 UTC<br>25 Feb 2025 02:16:43 UTC<br>25 Feb 2025 02:17:18 UTC | |
| **Recipient Verification:**<br>✔Email verified | <br>25 Feb 2025 02:16:43 UTC | IP address:<br>Location: Carbondale, United States |

Document completed by all parties on:

25 Feb 2025 02:17:18 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

# EXHIBIT "E"

| HERMIT Skey | FHA_Case_ No | RQ Skey | HERMIT_Contact_ Type | HERMIT_Contact_ Name | HERMIT_DOB | HERMIT_DOD | DMF_Record_Cr eate_Date | DMF_Name | DMF_DOB | DMF_DOD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Borrower | SHOCK, JAMES | | 11/16/2023 | 11/25/2023 | SHOCK, JAMES | ███████ | 11/16/2023 |


Report Description: Displays all the transactions for the selected loan

| | |
|---|---|
| Loan Skey: | Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634 |
| Borrowers Last Name: Shock | Investor Name: Cascade Funding Mortgage Trust - HB15 |
| Loan Number: | FHA Case Number: |

| Transaction Date | Transaction Description | Principal Amount | Interest | MIP | Service Fee Amount | Corporate Advance Amount | Totals: |
|---|---|---|---|---|---|---|---|
| 10/2/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/2/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/1/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $673.11 | $120.73 | $0.00 | $0.00 | $793.84 |
| 9/29/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/29/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($100.00) | ($100.00) |
| 9/29/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($3.70) | ($3.70) |
| 9/29/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/29/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/23/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/22/2025 | Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/16/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/16/2025 | Corp Adv - Prop Preserve - Hazard Abate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/16/2025 | Corp Adv - Prop Preserve - Hazard Abate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/16/2025 | Corp Adv - Prop Preserve - Hazard Abate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/16/2025 | Corp Adv - Prop Preserve - Hazard Abate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/15/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/15/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/11/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $463.35 | $83.42 | $0.00 | $0.00 | $546.77 |
| 8/27/2025 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,103.90 | $1,103.90 |
| 8/25/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/15/2025 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 |
| 8/15/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $3.70 | $3.70 |
| 8/15/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/12/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/5/2025 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $460.21 | $82.85 | $0.00 | $0.00 | $543.06 |
| 7/30/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/14/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | $30.00 |
| 7/11/2025 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/8/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/30/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $456.63 | $82.29 | $0.00 | $0.00 | $538.92 |
| 6/27/2025 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/27/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/26/2025 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/26/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/26/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) | ($45.00) |
| 6/17/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($14.38) | ($14.38) |
| 6/17/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($40.68) | ($40.68) |
| 6/17/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/17/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/16/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $14.38 | $14.38 |
| 6/13/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/13/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) | ($45.00) |
| 6/12/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/11/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $40.68 | $40.68 |
| 6/11/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | $45.00 |
| 6/6/2025 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $2,127.00 | $2,127.00 |
| 6/2/2025 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $90.00 |


**Report Description: Displays all the transactions for the selected loan**

Loan Skey:                                      Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Borrowers Last Name: Shock                      Investor Name: Cascade Funding Mortgage Trust - HB15
Loan Number:                                    FHA Case Number:

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/2/2025 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 6/2/2025 | Corp Adv - Prop Preserve - Remove Debris | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | **$50.00** |
| 5/31/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $453.67 | $81.74 | $0.00 | $0.00 | **$535.41** |
| 5/29/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | **$300.00** |
| 5/29/2025 | Corp Adv - S409 - Appraisal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/27/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 5/14/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $14.78 | **$14.78** |
| 5/12/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/12/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 | **$8.40** |
| 5/12/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | **$350.00** |
| 5/9/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 5/8/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/2/2025 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 5/1/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | **$200.00** |
| 4/30/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $450.33 | $81.18 | $0.00 | $0.00 | **$531.51** |
| 4/15/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $36.25 | **$36.25** |
| 4/15/2025 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $26.42 | **$26.42** |
| 4/14/2025 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $95.00 | **$95.00** |
| 4/14/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $14.33 | **$14.33** |
| 3/31/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $447.03 | $80.63 | $0.00 | $0.00 | **$527.66** |
| 3/31/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/31/2025 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/31/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $345.00 | **$345.00** |
| 3/31/2025 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | **$35.00** |
| 3/18/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $14.14 | **$14.14** |
| 3/17/2025 | Corp Adv - S307 - Sheriff Fees | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | **$2,500.00** |
| 3/11/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/28/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $446.61 | $80.08 | $0.00 | $0.00 | **$526.69** |
| 2/18/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/14/2025 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | **$75.00** |
| 2/14/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $14.72 | **$14.72** |
| 1/31/2025 | Monthly Int, MIP Accrual & SF | $0.00 | $454.58 | $79.53 | $0.00 | $0.00 | **$534.11** |
| 1/28/2025 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 1/17/2025 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $14.50 | **$14.50** |
| 1/15/2025 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | **$150.00** |
| 1/14/2025 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | **$30.00** |
| 12/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $462.54 | $78.96 | $0.00 | $0.00 | **$541.50** |
| 12/27/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/27/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/20/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 12/13/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $345.00 | **$345.00** |
| 12/12/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/10/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $345.00 | **$345.00** |
| 12/10/2024 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $2.76 | **$2.76** |
| 12/6/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.76 | **$15.76** |
| 12/5/2024 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $625.56 | **$625.56** |
| 12/2/2024 | Corp Adv - Prop Preserve - Securing | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 | **$40.00** |
| 11/30/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $467.80 | $78.39 | $0.00 | $0.00 | **$546.19** |
| 11/25/2024 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $681.85 | **$681.85** |
| 11/12/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/6/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.56 | **$15.56** |

Case 5:25-bk-00466-MJC    Doc 50-2    Filed 10/22/25    Entered 10/22/25 13:06:34    Desc
Exhibits    Page 40 of 52


Report Description: Displays all the transactions for the selected loan

| | | | | | |
|---|---|---|---|---|---|
| Loan Skey: | | Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634 | | | |
| Borrowers Last Name: Shock | | Investor Name: Cascade Funding Mortgage Trust - HB15 | | | |
| Loan Number: | | FHA Case Number: | | | |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/31/2024 Monthly Int, MIP Accrual & SF | $0.00 | $491.09 | $77.80 | $0.00 | $0.00 | **$568.89** |
| 10/31/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $4.00 | **$4.00** |
| 10/31/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $533.53 | **$533.53** |
| 10/31/2024 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $345.00 | **$345.00** |
| 10/29/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 10/23/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $23.91 | **$23.91** |
| 10/15/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 10/15/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 10/9/2024 Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.75 | **$15.75** |
| 10/1/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | **$25.00** |
| 9/30/2024 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $215.00 | **$215.00** |
| 9/30/2024 Monthly Int, MIP Accrual & SF | $0.00 | $491.73 | $77.21 | $0.00 | $0.00 | **$568.94** |
| 9/24/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $76.88 | **$76.88** |
| 9/23/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 9/17/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $37.10 | **$37.10** |
| 9/17/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $81.00 | **$81.00** |
| 9/13/2024 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | **$30.00** |
| 9/10/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 9/9/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | **$11.25** |
| 9/9/2024 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $1,122.00 | **$1,122.00** |
| 9/6/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 9/6/2024 Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.59 | **$15.59** |
| 9/5/2024 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $325.00 | **$325.00** |
| 8/31/2024 Monthly Int, MIP Accrual & SF | $0.00 | $487.38 | $76.62 | $0.00 | $0.00 | **$564.00** |
| 8/26/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/15/2024 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | **$30.00** |
| 8/14/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 8/7/2024 Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $16.36 | **$16.36** |
| 7/31/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 7/31/2024 Monthly Int, MIP Accrual & SF | $0.00 | $482.94 | $76.04 | $0.00 | $0.00 | **$558.98** |
| 7/29/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/25/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/25/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/25/2024 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | **$450.00** |
| 7/25/2024 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | **$2.00** |
| 7/22/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 7/22/2024 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | **$30.00** |
| 7/11/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/10/2024 Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.59 | **$15.59** |
| 7/9/2024 Corp Adv - S307 - Repayment | $0.00 | $0.00 | $0.00 | $0.00 | ($120.00) | **($120.00)** |
| 7/1/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 6/30/2024 Monthly Int, MIP Accrual & SF | $0.00 | $478.37 | $75.46 | $0.00 | $0.00 | **$553.83** |
| 6/18/2024 Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $2,602.61 | **$2,602.61** |
| 6/14/2024 Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 6/14/2024 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 6/14/2024 Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $16.31 | **$16.31** |
| 6/10/2024 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 6/7/2024 Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | **$250.00** |
| 6/7/2024 Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $188.00 | **$188.00** |
| 6/5/2024 Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $2,080.00 | **$2,080.00** |
| 5/31/2024 Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $753.00 | **$753.00** |


Report Description: Displays all the transactions for the selected loan

Loan Skey:
Borrowers Last Name: Shock
Loan Number:

Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Investor Name: Cascade Funding Mortgage Trust - HB15
FHA Case Number:

| Date | Description | | | | | | |
|------|-------------|---|---|---|---|---|---|
| 5/31/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $244.00 | **$244.00** |
| 5/31/2024 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 5/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $475.34 | $74.89 | $0.00 | $0.00 | **$550.23** |
| 5/23/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | **$50.00** |
| 5/23/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | **$350.00** |
| 5/23/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/23/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $7.99 | **$7.99** |
| 5/16/2024 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 5/15/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 5/14/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.41 | **$15.41** |
| 5/13/2024 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $24.98 | **$24.98** |
| 5/13/2024 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $316.00 | **$316.00** |
| 5/13/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $345.00 | **$345.00** |
| 5/13/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $345.00 | **$345.00** |
| 5/9/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/2/2024 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | **$90.00** |
| 4/30/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $471.26 | $74.32 | $0.00 | $0.00 | **$545.58** |
| 4/25/2024 | Corp Adv - Prop Preserve - Landscape | $0.00 | $0.00 | $0.00 | $0.00 | $95.00 | **$95.00** |
| 4/18/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 4/10/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.40 | **$15.40** |
| 4/9/2024 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 | ($35.00) | **($35.00)** |
| 4/9/2024 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/2/2024 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 4/2/2024 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $26.49 | **$26.49** |
| 4/2/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | **$35.00** |
| 4/1/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $468.27 | $73.76 | $0.00 | $0.00 | **$542.03** |
| 3/25/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/22/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/20/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $237.47 | **$237.47** |
| 3/20/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/20/2024 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/20/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/15/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 3/8/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $15.08 | **$15.08** |
| 3/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | **$75.00** |
| 3/6/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | **$75.00** |
| 3/5/2024 | Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $65.00 | **$65.00** |
| 2/29/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $465.58 | $73.20 | $0.00 | $0.00 | **$538.78** |
| 2/9/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $20.09 | **$20.09** |
| 2/9/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/8/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 2/6/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | **$75.00** |
| 1/31/2024 | Monthly Int, MIP Accrual & SF | $0.00 | $461.40 | $72.64 | $0.00 | $0.00 | **$534.04** |
| 1/24/2024 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 1/16/2024 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | **$45.00** |
| 1/10/2024 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $17.34 | **$17.34** |
| 1/10/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | **$50.00** |
| 1/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $1,536.00 | **$1,536.00** |
| 1/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | **$1,000.00** |
| 1/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $576.00 | **$576.00** |

Case 5:25-bk-00466-MJC    Doc 50-2    Filed 10/22/25    Entered 10/22/25 13:06:34    Desc
Exhibits    Page 42 of 52


**Report Description: Displays all the transactions for the selected loan**

Loan Skey:                                    Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Borrowers Last Name: Shock                     Investor Name: Cascade Funding Mortgage Trust - HB15
Loan Number:                                   FHA Case Number:

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | **$450.00** |
| 1/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $1,073.30 | **$1,073.30** |
| 1/8/2024 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $797.90 | **$797.90** |
| 12/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $456.41 | $72.09 | $0.00 | $0.00 | **$528.50** |
| 12/22/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/20/2023 | Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | **$250.00** |
| 12/14/2023 | Corp Adv - S409 - Appraisal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/14/2023 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $4.81 | **$4.81** |
| 12/7/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | **$150.00** |
| 12/7/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $80.00 | **$80.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | **$10.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | **$30.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $71.31 | **$71.31** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | **$60.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 | **$40.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | **$150.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $64.80 | **$64.80** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | **$250.00** |
| 12/1/2023 | Corp Adv - Prop Preserve - Other | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 11/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $449.74 | $71.11 | $0.00 | $0.00 | **$520.85** |
| 11/27/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$90.00** |
| 11/20/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $135.85 | $0.00 | $0.00 | $0.00 | $0.00 | **$135.85** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$40.00** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$50.00** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $13.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$13.00** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $114.40 | $0.00 | $0.00 | $0.00 | $0.00 | **$114.40** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $58.50 | $0.00 | $0.00 | $0.00 | $0.00 | **$58.50** |
| 11/15/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $123.50 | $0.00 | $0.00 | $0.00 | $0.00 | **$123.50** |
| 11/10/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/7/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$200.00** |
| 11/1/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$75.00** |
| 11/1/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$60.00** |
| 11/1/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$90.00** |
| 11/1/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$40.00** |
| 11/1/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$150.00** |
| 10/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $441.25 | $69.70 | $0.00 | $0.00 | **$510.95** |
| 10/13/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 10/6/2023 | Disb - Prop Chrg Pre D&P - Prop.Preserve | $95.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$95.00** |
| 10/3/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 9/30/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $436.63 | $69.10 | $0.00 | $0.00 | **$505.73** |
| 9/15/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 9/14/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $416.06 | $68.00 | $0.00 | $0.00 | **$484.06** |
| 8/22/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/10/2023 | Disb - Prop Chrg Pre D&P - Taxes | $1,165.53 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,165.53** |
| 8/4/2023 | Disb - Prop Chrg Pre D&P - Hazard Ins | $1,833.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,833.00** |
| 7/31/2023 | Monthly Int, MIP Accrual & SF | $0.00 | $397.92 | $64.99 | $0.00 | $0.00 | **$462.91** |
| 7/27/2023 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/12/2023 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |


**Report Description: Displays all the transactions for the selected loan**

Loan Skey:                                    Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Borrowers Last Name: Shock                     Investor Name: Cascade Funding Mortgage Trust - HB15
Loan Number:                                   FHA Case Number:

| Date / Description | | | | | | Amount |
|---|---|---|---|---|---|---|
| 6/30/2023 Monthly Int, MIP Accrual & SF | $0.00 | $390.27 | $64.51 | $0.00 | $0.00 | **$454.78** |
| 6/22/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 6/7/2023 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/31/2023 Monthly Int, MIP Accrual & SF | $0.00 | $375.67 | $64.05 | $0.00 | $0.00 | **$439.72** |
| 5/16/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/11/2023 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/30/2023 Monthly Int, MIP Accrual & SF | $0.00 | $363.08 | $63.61 | $0.00 | $0.00 | **$426.69** |
| 4/24/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/20/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/20/2023 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 4/6/2023 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/31/2023 Monthly Int, MIP Accrual & SF | $0.00 | $357.30 | $63.17 | $0.00 | $0.00 | **$420.47** |
| 3/17/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 3/3/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/28/2023 Monthly Int, MIP Accrual & SF | $0.00 | $345.71 | $62.75 | $0.00 | $0.00 | **$408.46** |
| 2/23/2023 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/16/2023 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/9/2023 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 1/31/2023 Monthly Int, MIP Accrual & SF | $0.00 | $326.92 | $62.34 | $0.00 | $0.00 | **$389.26** |
| 12/31/2022 Monthly Int, MIP Accrual & SF | $0.00 | $310.66 | $61.95 | $0.00 | $0.00 | **$372.61** |
| 12/21/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/15/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/30/2022 Monthly Int, MIP Accrual & SF | $0.00 | $274.99 | $61.60 | $0.00 | $0.00 | **$336.59** |
| 11/15/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 10/31/2022 Monthly Int, MIP Accrual & SF | $0.00 | $246.30 | $61.28 | $0.00 | $0.00 | **$307.58** |
| 10/18/2022 Corp Adv - S307 - Repayment | $0.00 | $0.00 | $0.00 | $0.00 | ($1,311.30) | **($1,311.30)** |
| 10/6/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 9/30/2022 Monthly Int, MIP Accrual & SF | $0.00 | $237.15 | $60.97 | $0.00 | $0.00 | **$298.12** |
| 9/13/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/31/2022 Monthly Int, MIP Accrual & SF | $0.00 | $200.69 | $60.70 | $0.00 | $0.00 | **$261.39** |
| 8/23/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/23/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/3/2022 Disb - Prop Chrg Pre D&P - Inspection | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$20.00** |
| 7/31/2022 Monthly Int, MIP Accrual & SF | $0.00 | $172.22 | $60.44 | $0.00 | $0.00 | **$232.66** |
| 7/20/2022 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $159.50 | **$159.50** |
| 7/20/2022 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/18/2022 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 6/30/2022 Monthly Int, MIP Accrual & SF | $0.00 | $166.42 | $62.98 | $0.00 | $0.00 | **$229.40** |
| 6/29/2022 Part Repay - Prop Chrg Pre D&P | $0.00 | $0.00 | ($2,863.00) | $0.00 | $0.00 | **($2,863.00)** |
| 6/29/2022 Corp Adv - S305 - Hazard Insurance Repay | $0.00 | $0.00 | $0.00 | $0.00 | ($2,863.00) | **($2,863.00)** |
| 6/29/2022 Corp Adv - S305 - Taxes Repay | $0.00 | $0.00 | $0.00 | $0.00 | ($1,070.89) | **($1,070.89)** |
| 6/22/2022 Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 6/3/2022 Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 6/2/2022 Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $2,863.00 | **$2,863.00** |
| 6/2/2022 Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $680.00 | **$680.00** |
| 6/2/2022 Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $39.25 | **$39.25** |
| 6/2/2022 Corp Adv - S307 - Recording Fees | $0.00 | $0.00 | $0.00 | $0.00 | $26.75 | **$26.75** |
| 6/2/2022 Corp Adv - S307 - Sheriff Fees | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | **$2,500.00** |
| 5/31/2022 Monthly Int, MIP Accrual & SF | $0.00 | $148.33 | $62.96 | $0.00 | $0.00 | **$211.29** |
| 5/27/2022 Corp Adv - S409 - Appraisal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 5/25/2022 Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $65.00 | **$65.00** |



Report Description: Displays all the transactions for the selected loan

Loan Skey:
Borrowers Last Name: Shock
Loan Number:

Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Investor Name: Cascade Funding Mortgage Trust - HB15
FHA Case Number:

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/17/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $137.10 | $62.75 | $0.00 | $0.00 | $199.85 |
| 4/29/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 4/19/2022 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $680.00 | $680.00 |
| 4/18/2022 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $541.14 | $541.14 |
| 4/18/2022 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 |
| 4/15/2022 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $519.75 | $519.75 |
| 4/5/2022 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| 4/5/2022 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/5/2022 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $175.25 | $175.25 |
| 4/5/2022 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $73.00 | $73.00 |
| 3/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $130.50 | $62.55 | $0.00 | $0.00 | $193.05 |
| 3/28/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/24/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 2/28/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $129.74 | $62.35 | $0.00 | $0.00 | $192.09 |
| 2/17/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 2/9/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/8/2022 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $128.78 | $62.15 | $0.00 | $0.00 | $190.93 |
| 1/28/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/14/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/14/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 12/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $128.27 | $61.95 | $0.00 | $0.00 | $190.22 |
| 12/13/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 12/13/2021 | Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $65.00 | $65.00 |
| 11/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $127.71 | $61.76 | $0.00 | $0.00 | $189.47 |
| 11/23/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/17/2021 | Corp Adv - S305 - Taxes Void | $0.00 | $0.00 | $0.00 | $0.00 | ($921.60) | ($921.60) |
| 11/12/2021 | Corp Adv - S307 - Recording Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/12/2021 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/10/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 10/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $127.35 | $61.56 | $0.00 | $0.00 | $188.91 |
| 10/26/2021 | Write-Off Corp Adv Non Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/21/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 9/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $127.19 | $61.36 | $0.00 | $0.00 | $188.55 |
| 9/30/2021 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $921.60 | $921.60 |
| 9/27/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/21/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/21/2021 | Corp Adv - S409 - Appraisal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| 8/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $127.03 | $61.17 | $0.00 | $0.00 | $188.20 |
| 8/26/2021 | Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |
| 7/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $121.60 | $58.78 | $0.00 | $0.00 | $180.38 |
| 7/23/2021 | Disb - Prop Chrg Pre D&P - Hazard Ins | $2,863.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,863.00 |
| 7/14/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $120.75 | $57.81 | $0.00 | $0.00 | $178.56 |
| 6/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $120.18 | $57.62 | $0.00 | $0.00 | $177.80 |
| 4/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $120.35 | $57.44 | $0.00 | $0.00 | $177.79 |
| 4/28/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/23/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |


**Report Description: Displays all the transactions for the selected loan**

Loan Skey:
Borrowers Last Name: Shock
Loan Number:

Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Investor Name: Cascade Funding Mortgage Trust - HB15
FHA Case Number:

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/13/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/7/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $120.23 | $57.25 | $0.00 | $0.00 | $177.48 |
| 3/25/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/10/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/28/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $120.76 | $57.07 | $0.00 | $0.00 | $177.83 |
| 2/25/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $120.82 | $56.88 | $0.00 | $0.00 | $177.70 |
| 12/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $120.44 | $56.68 | $0.00 | $0.00 | $177.12 |
| 12/22/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/15/2020 | Disb - Prop Chrg Pre D&P - Inspection | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 11/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $119.54 | $56.47 | $0.00 | $0.00 | $176.01 |
| 11/20/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/6/2020 | Disb - Prop Chrg Pre D&P - Inspection | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 10/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $119.59 | $56.26 | $0.00 | $0.00 | $175.85 |
| 10/28/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $119.91 | $56.08 | $0.00 | $0.00 | $175.99 |
| 9/25/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/14/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $119.75 | $55.89 | $0.00 | $0.00 | $175.64 |
| 8/13/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $119.58 | $55.71 | $0.00 | $0.00 | $175.29 |
| 6/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $130.62 | $55.52 | $0.00 | $0.00 | $186.14 |
| 6/25/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $154.35 | $55.30 | $0.00 | $0.00 | $209.65 |
| 5/18/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $176.84 | $55.06 | $0.00 | $0.00 | $231.90 |
| 4/17/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $182.41 | $54.81 | $0.00 | $0.00 | $237.22 |
| 3/12/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/29/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $187.64 | $54.56 | $0.00 | $0.00 | $242.20 |
| 2/21/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $182.36 | $54.31 | $0.00 | $0.00 | $236.67 |
| 1/10/2020 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $186.14 | $54.04 | $0.00 | $0.00 | $240.18 |
| 12/11/2019 | Disb - Prop Chrg Pre D&P - Inspection | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 11/30/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $194.87 | $53.75 | $0.00 | $0.00 | $248.62 |
| 11/27/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/20/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/14/2019 | Disb - Prop Chrg Pre D&P - Inspection | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 10/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $198.47 | $53.47 | $0.00 | $0.00 | $251.94 |
| 9/30/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $201.61 | $53.20 | $0.00 | $0.00 | $254.81 |
| 9/24/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $207.40 | $52.93 | $0.00 | $0.00 | $260.33 |
| 8/29/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/26/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/15/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $207.61 | $52.66 | $0.00 | $0.00 | $260.27 |
| 7/15/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/30/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $208.84 | $52.39 | $0.00 | $0.00 | $261.23 |
| 5/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $208.26 | $52.12 | $0.00 | $0.00 | $260.38 |


**Report Description: Displays all the transactions for the selected loan**

Loan Skey:                                      Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Borrowers Last Name: Shock                      Investor Name: Cascade Funding Mortgage Trust - HB15
Loan Number:                                    FHA Case Number

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/22/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/30/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $206.72 | $51.85 | $0.00 | $0.00 | $258.57 |
| 3/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $206.31 | $51.58 | $0.00 | $0.00 | $257.89 |
| 2/28/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $206.06 | $51.31 | $0.00 | $0.00 | $257.37 |
| 1/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $196.94 | $51.05 | $0.00 | $0.00 | $247.99 |
| 12/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $194.93 | $50.80 | $0.00 | $0.00 | $245.73 |
| 12/20/2018 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/13/2018 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $192.51 | $50.54 | $0.00 | $0.00 | $243.05 |
| 10/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $184.01 | $50.30 | $0.00 | $0.00 | $234.31 |
| 10/23/2018 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $183.28 | $50.06 | $0.00 | $0.00 | $233.34 |
| 9/26/2018 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $182.91 | $49.81 | $0.00 | $0.00 | $232.72 |
| 7/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $177.52 | $49.58 | $0.00 | $0.00 | $227.10 |
| 6/30/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $173.97 | $49.34 | $0.00 | $0.00 | $223.31 |
| 6/18/2018 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $171.90 | $49.11 | $0.00 | $0.00 | $221.01 |
| 4/30/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $161.59 | $48.89 | $0.00 | $0.00 | $210.48 |
| 3/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $158.42 | $48.68 | $0.00 | $0.00 | $207.10 |
| 2/28/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $157.57 | $48.46 | $0.00 | $0.00 | $206.03 |
| 1/31/2018 | Monthly Int, MIP Accrual & SF | $0.00 | $148.06 | $48.22 | $0.00 | $0.00 | $196.28 |
| 1/29/2018 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/17/2018 | Disb - Prop Chrg Pre D&P - Inspection | $30.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| 1/17/2018 | Disb - Prop Chrg Pre D&P - Inspection | $22.71 | $0.00 | $0.00 | $0.00 | $0.00 | $22.71 |
| 1/17/2018 | Disb - Unscheduled from LOC Inspections | $7.29 | $0.00 | $0.00 | $0.00 | $0.00 | $7.29 |
| 12/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $143.68 | $48.00 | $0.00 | $0.00 | $191.68 |
| 11/30/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $142.71 | $47.80 | $0.00 | $0.00 | $190.51 |
| 10/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $142.27 | $47.60 | $0.00 | $0.00 | $189.87 |
| 9/30/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $141.53 | $47.40 | $0.00 | $0.00 | $188.93 |
| 8/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $140.49 | $47.21 | $0.00 | $0.00 | $187.70 |
| 7/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $133.35 | $47.02 | $0.00 | $0.00 | $180.37 |
| 6/30/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $130.95 | $46.84 | $0.00 | $0.00 | $177.79 |
| 6/30/2017 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $129.79 | $46.65 | $0.00 | $0.00 | $176.64 |
| 4/30/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $121.99 | $46.48 | $0.00 | $0.00 | $168.47 |
| 3/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $121.42 | $46.30 | $0.00 | $0.00 | $167.72 |
| 2/28/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $120.34 | $46.13 | $0.00 | $0.00 | $166.47 |
| 1/31/2017 | Monthly Int, MIP Accrual & SF | $0.00 | $114.20 | $45.96 | $0.00 | $0.00 | $160.16 |
| 12/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $111.12 | $45.80 | $0.00 | $0.00 | $156.92 |
| 11/30/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $110.33 | $45.64 | $0.00 | $0.00 | $155.97 |
| 10/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $110.01 | $45.47 | $0.00 | $0.00 | $155.48 |
| 9/30/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $108.61 | $45.31 | $0.00 | $0.00 | $153.92 |
| 8/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $106.53 | $45.16 | $0.00 | $0.00 | $151.69 |
| 7/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $106.45 | $45.00 | $0.00 | $0.00 | $151.45 |
| 6/30/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $105.32 | $44.84 | $0.00 | $0.00 | $150.16 |
| 5/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $104.92 | $44.69 | $0.00 | $0.00 | $149.61 |
| 4/30/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $104.70 | $44.53 | $0.00 | $0.00 | $149.23 |
| 3/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $103.87 | $44.38 | $0.00 | $0.00 | $148.25 |
| 2/29/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $103.37 | $44.22 | $0.00 | $0.00 | $147.59 |
| 1/31/2016 | Monthly Int, MIP Accrual & SF | $0.00 | $96.75 | $44.07 | $0.00 | $0.00 | $140.82 |

Case 5:25-bk-00466-MJC    Doc 50-2    Filed 10/22/25    Entered 10/22/25 13:06:34    Desc
Exhibits    Page 47 of 52



# PHH Mortgage Services
**Loan Balance History**

**Report Description:** Displays all the transactions for the selected loan

Loan Skey:
Borrowers Last Name: Shock
Loan Number:

Propery Address: 1119 S Hanover St, Nanticoke, PA, 18634
Investor Name: Cascade Funding Mortgage Trust - HB15
FHA Case Number:

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $94.68 | $43.93 | $0.00 | $0.00 | **$138.61** |
| 11/30/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $94.37 | $43.79 | $0.00 | $0.00 | **$138.16** |
| 10/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $89.73 | $41.55 | $0.00 | $0.00 | **$131.28** |
| 10/8/2015 | Disb - Unscheduled from LOC | $1,099.66 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,099.66** |
| 10/5/2015 | Disb - Unscheduled from LOC | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$12,000.00** |
| 9/30/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $64.33 | $29.91 | $0.00 | $0.00 | **$94.24** |
| 8/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $64.08 | $29.81 | $0.00 | $0.00 | **$93.89** |
| 7/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $63.80 | $29.71 | $0.00 | $0.00 | **$93.51** |
| 6/30/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $63.54 | $29.61 | $0.00 | $0.00 | **$93.15** |
| 5/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $63.24 | $29.52 | $0.00 | $0.00 | **$92.76** |
| 4/30/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $62.91 | $29.42 | $0.00 | $0.00 | **$92.33** |
| 3/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $62.59 | $29.33 | $0.00 | $0.00 | **$91.92** |
| 2/28/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $62.41 | $29.23 | $0.00 | $0.00 | **$91.64** |
| 1/31/2015 | Monthly Int, MIP Accrual & SF | $0.00 | $61.86 | $29.13 | $0.00 | $0.00 | **$90.99** |
| 12/31/2014 | Monthly Int, MIP Accrual & SF | $0.00 | $61.61 | $29.04 | $0.00 | $0.00 | **$90.65** |
| 11/30/2014 | Monthly Int, MIP Accrual & SF | $0.00 | $61.46 | $28.95 | $0.00 | $0.00 | **$90.41** |
| 10/31/2014 | Monthly Int, MIP Accrual & SF | $0.00 | $61.26 | $28.85 | $0.00 | $0.00 | **$90.11** |
| 10/6/2014 | Loan Setup - Advances (Principal) | $25,974.04 | $0.00 | $0.00 | $0.00 | $0.00 | **$25,974.04** |
| 10/6/2014 | Loan Setup - Initial MIP | $0.00 | $0.00 | $1,712.50 | $0.00 | $0.00 | **$1,712.50** |
| 10/6/2014 | Auto-Adjust Int Mip SF | $0.00 | $8.05 | $3.79 | $0.00 | $0.00 | **$11.84** |
| **Totals:** | | **$46,490.48** | **$28,675.05** | **$6,258.85** | **$0.00** | **$35,272.63** | **$116,697.01** |

Case 5:25-bk-00466-MJC    Doc 50-2    Filed 10/22/25    Entered 10/22/25 13:06:34    Desc
Exhibits    Page 48 of 52

# EXHIBIT "F"

Loan Skey:

Loan Number:

Borrower Last Name:          Shock

Property Address             1119 S HANOVER ST, NANTICOKE, PA 18634

As of Date:                                                    10/04/2025

Good through Date:                                             10/04/2025

Principal Advances:                                           $ 46,490.48

Interest:                                                     $ 28,675.05

Interest Rate Type           Monthly (1-Mth SOFR)

Current Interest Rate        6.95

MIP:                                                          $ 6,258.85

MIP Rate                     1.25

Servicing Fees:                                              $ 0.00

Corporate Advances:                                          $ 35,272.63

Intra Month Per Diem Total:                                  $ 104.82

Total Amount Due:                                            $ 116,801.83

Per Diem Post Good Through Date**                            26.42

*NOTE: this is a not an external payoff and should not be relied upon if the loan is to be paid in full

**per diem is as of the date generated. Any advances incurred between the as of date and the good through date will increase per diem and will not be included here.

# EXHIBIT "G"

 Luzerne County Public GIS Portal

2024 Aerial Imagery          Luzerne County GIS Department Webpage



## Help

Search for a property by PIN in the box above. **Remember, do not use any dashes in the PIN, and only use spaces to fill in missing character spaces** (ex. if your **Map** number only has 3 characters, uses 3 spaces to fill in the remainder to complete its full 6 characters.)

**PIN FORMAT:**

Above is an example of the PIN for the Luzerne County Courthouse (copy & paste it in the search bar to try it out).
**A: Municipality (2 Characters)** **B: Map (6 Characters)** **C: Block (3 Characters)** **D: Lot (3 Characters)** **E: IMP (3 Characters)**

Search for an address or PIN to learn more about that parcel. If you don't know the address or PIN, you can additionally use one of these search methods:

- Enter a **Partial PIN or Street Address** in the search bar and pick one of the suggested options. *(Street addresses consist of ONLY structure number and street name with abbreviated suffix)*
- **Click the crosshair button** in the top left of the map to go to your current location.
- Navigate around the map and **click on any parcel**.
- Use the **Advanced Search** tool.

To search for another location, click the **'X'** in the search box.



Luzerne County Parcel Data:

| | |
|---|---|
| PIN: | |
| GIS PIN: | |
| Long PIN: | |
| Owner: | SHOCK JAMES J SYLVIA |
| Care Of: | |
| Land Field Assessed Value: | 19900 |
| Building Field Assessed Value: | 69600 |
| Total Field Assessed Value: | 89500 |
| Municipality Code: | 42 |

Zoom to

Search bar: 1119 S HANOVER ST
Show search results for 1119 S …

10ft

All rights reserved