UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re: | CHAPTER 13<br>CASE NO.: 5:25-bk-00466-MJC |
| Joseph David Shock,<br>aka Joseph D. Shock,<br>aka Joe Shock,<br>aka Joseph Shock, | |
| Debtor, | **Hearing Date:** November 13, 2025<br>**Hearing Time:** 10:00 a.m.<br>**Hearing Location:** Max Rosenn U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701 |
| Kathy Ann Shock,<br>aka Kathy A Shock,<br>aka Kathy Shock,<br>aka Kat Shock,<br>fka Kathy Clark-Shock, | |
| Joint Debtor. | |

_____/

Cascade Funding Mortgage Trust HB15,

    Movant,

        v.

Joseph David Shock,
    Debtor/Respondent,

Kathy Ann Shock,
    Joint Debtor/Respondent,

Jack N. Zaharopoulos,

    Trustee/Additional Respondent.

_____/

**CERTIFICATE OF SERVICE**

    I, Michelle L. McGowan, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I caused to be electronically filed with the Clerk of the

Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on October 21, 2025, and caused same to be as indicated below.

**Mail Service:** First Class Mail, postage pre-paid, addressed to:

Joseph David Shock
199 Hanlon Rd.
Lake Ariel, PA 18436

Kathy Ann Shock
199 Hanlon Rd.
Lake Ariel, PA 18436

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036


Assistant United States Trustee
U.S. Courthouse
1501 N. 6th Street
Harrisburg, PA 17102


Date: October 22, 2025

      **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
      Attorney for Movant
      13010 Morris Rd., Suite 450
      Alpharetta, GA 30004
      Telephone: 470-321-7112
      By: /s/ Michelle L. McGowan
      Michelle L. McGowan
      PA Bar Number 62414
      Email: mimcgowan@raslg.com