UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:  CHAPTER 13
 CASE NO.: 5:25-bk-00466-MJC

Joseph David Shock,
aka Joseph D. Shock,
aka Joe Shock,
aka Joseph Shock,

    Debtor,

Kathy Ann Shock,
aka Kathy A Shock,
aka Kathy Shock,
aka Kat Shock,
fka Kathy Clark-Shock,

    Joint Debtor.
_____/

Cascade Funding Mortgage Trust HB15,

    Movant,

      v.

Joseph David Shock,
    Debtor/Respondent,

Kathy Ann Shock,
    Joint Debtor/Respondent,

Jack N. Zaharopoulos,

    Trustee/Additional Respondent.
_____/

## CERTIFICATE OF NO OBJECTION

    The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 50 appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: November 12, 2025

            **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
            Attorney for Movant
            13010 Morris Rd., Suite 450
            Alpharetta, GA 30004
            By: /s/ Jordan Katz
            Jordan Katz, Esquire
            PA Bar Number 334053
            Email: jkatz@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:

Joseph David Shock,
aka Joseph D. Shock,
aka Joe Shock,
aka Joseph Shock,

    Debtor,

Kathy Ann Shock,
aka Kathy A Shock,
aka Kathy Shock,
aka Kat Shock,
fka Kathy Clark-Shock,

    Joint Debtor.
_____/

Cascade Funding Mortgage Trust HB15,

    Movant,

    v.

Joseph David Shock,
    Debtor/Respondent,

Kathy Ann Shock,
    Joint Debtor/Respondent,

Jack N. Zaharopoulos,

    Trustee/Additional Respondent.
_____/

CHAPTER 13
CASE NO.: 5:25-bk-00466-MJC

## CERTIFICATE OF SERVICE OF CASCADE FUNDING MORTGAGE TRUST HB15'S CERTIFICATE OF NO OBJECTION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>November 12, 2025</u> I served copies of the

CERTIFICATE OF NO OBJECTION upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Mail Service:** First Class Mail, postage pre-paid, addressed to:

Joseph David Shock
199 Hanlon Rd.
Lake Ariel, PA 18436

Kathy Ann Shock
199 Hanlon Rd.
Lake Ariel, PA 18436

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Assistant United States Trustee
U.S. Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

Dated: November 12, 2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                                                                          **CHAPTER 13**
                                                                                         **CASE NO.: 5:25-bk-00466-MJC**

Joseph David Shock,
aka Joseph D. Shock,
aka Joe Shock,
aka Joseph Shock,

      Debtor,

Kathy Ann Shock,
aka Kathy A Shock,
aka Kathy Shock,
aka Kat Shock,
fka Kathy Clark-Shock,

      Joint Debtor.
_____/

Cascade Funding Mortgage Trust HB15,

      Movant,

        v.

Joseph David Shock,
      Debtor/Respondent,

Kathy Ann Shock,
      Joint Debtor/Respondent,

Jack N. Zaharopoulos,

      Trustee/Additional Respondent.
_____/

## **ORDER OF COURT**

      AND NOW, this _____ day of _____, 2025, upon consideration of Cascade Funding Mortgage Trust HB15's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d)

and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Cascade Funding Mortgage Trust HB15; and it is further

ORDERED, that Cascade Funding Mortgage Trust HB15, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1119 S HANOVER ST NANTICOKE Pennsylvania 18634, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Cascade Funding Mortgage Trust HB15's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted.

BY THE COURT

_____
Hon. Judge Mark J Conway
U.S. Bankruptcy Court Judge