UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Joseph David Shock,<br>aka Joseph D. Shock,<br>aka Joe Shock,<br>aka Joseph Shock,<br><br>     Debtor,<br><br>Kathy Ann Shock,<br>aka Kathy A Shock,<br>aka Kathy Shock,<br>aka Kat Shock,<br>fka Kathy Clark-Shock,<br><br>     Joint Debtor.<br>_____<br><br>Cascade Funding Mortgage Trust HB15,<br><br>     Movant,<br><br>        v.<br><br>Joseph David Shock,<br>     Debtor/Respondent,<br><br>Kathy Ann Shock,<br>     Joint Debtor/Respondent,<br><br>Jack N. Zaharopoulos,<br><br>     Trustee/Additional Respondent.<br>_____ | Chapter 13<br>Case No. 5:25-bk-00466-MJC |

**ORDER**

Upon consideration of Cascade Funding Mortgage Trust HB15's Motion for Relief from the Automatic Stay, pursuant to 11 U.S.C. §362(d), Doc. 50 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having

been filed thereto, after a hearing held on November 13, 2025, it is hereby

**ORDERED** that the automatic stay provisions of §362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Cascade Funding Mortgage Trust HB15; it is further

**ORDERED** that Cascade Funding Mortgage Trust HB15, its successors and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 1119 South Hanover Street, Nanticoke, Pennsylvania 18634 ("Property"), including without limitation, Sheriff Sale of the mortgaged Property, and it is further

**ORDERED** that Cascade Funding Mortgage Trust HB15's request to waive the 14 day stay period pursuant to Fed. R. Bankr. P. 4001(a)(4) is granted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 14, 2025